| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3740<br>Facsimile: (510) 637-3724<br>E-Mail: Joshua.Hill2@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0312-SBA-1 |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | AND SET MOTIONS SCHEDULE FOR DEFENDANT ARTEM MARTINOV |
| ARTEM MARTINOV, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant Artem Martinov through his attorney, Tom Nolan, that the status hearing presently set for January 24, 2012, be vacated and the matter set for a motions hearing on April 17, 2012 at 2:00 p.m. The parties have agreed on the following briefing schedule: Defendant anticipates filing motions by February 28, 2012. The government's responses will be due by March 20, 2012. The defendant's replies (if any) shall be due by March 30, 2012.

Defense counsel continues to engage in investigation and legal research. The parties agree that any delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel. For these reasons, the parties request that time under the

Stip. Req. to Set Motions Hearing for Def. Martinov
CR-11-0312-SBA-1

Speedy Trial Act be excluded between the date of this stipulation and February 28, 2012 based on the defendant's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that time under the Speedy Trial Act be excluded between February 28, 2012 and April 17, 2012 based on the anticipated filing of pretrial motions.

IT IS SO STIPULATED:

Dated: January 20, 2012                                                        /S/
                                                                            TOM NOLAN
                                                                            *Attorney for Defendant*

Dated: January 20, 2012                                                      /S/
                                                                            JOSHUA HILL
                                                                            Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter as to defendant Artem Martinov now scheduled for January 24, 2012 is hereby vacated, and the matter is set for a motions hearing on April 17, 2012 at 11:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 20, 2012 and February 28, 2012 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 20, 2012 and February 28, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between January 20, 2012 and February 28, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 20, 2012                                            *Saundra B Armstrong*
                                                         HONORABLE SAUNDRA B. ARMSTRONG
                                                         United States District Court Judge