UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-0312-2 SBA |
| Plaintiff, ) | ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT USUNOV |
| v. ) | |
| MICHAEL USUNOV, ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for April 16, 2012 is hereby rescheduled for May 11, 2012 at 10:00 a.m. for status. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between April 13, 2012 and May 11, 2012 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 13, 2012 and May 11, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time

between April 13, 2012 and May 11, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED:__4/16/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONT. STATUS CONF. & TO EXCLUDE TIME
No. CR-11-0312-2 SBA