**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

UNITED STATES,

Plaintiff,

vs.

ARTEM MARTINOV,

Defendant.

Case No.: CR 11-312-1 SBA

**[~~PROPOSED~~] ORDER TO CONTINUE MOTION HEARING AND STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for April 24, 2012, is hereby rescheduled for **May 22, 2012 at 11:00 a.m.** Based upon the representation of counsel and for good cause shown, the Court also finds that the time between April 24 and May 22, 2012, shall be excluded from calculations under the Speedy Trial Act based on the pendency of Mr. Martinov's filing of a pretrial motion. *See* 18 U.S.C. § 3161(h)(1)(D). Additionally, the interests of justice in allowing for the effective preparation of the newly assigned government attorney, and in allowing the parties the opportunity to meet and confer regarding the case, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: April 19, 2012

Saundra B. Armstrong

SAUNDRA BROWN ARMSTRONG
United States District Court Judge