UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   vs.<br><br>ARTEM MARTINOV,<br><br>                Defendant. | Case No.: CR 11-312-1 SBA<br><br>**ORDER TO CONTINUE MOTION HEARING AND STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for July 3, 2012, is hereby rescheduled for July 10, 2012 at 11:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between July 3 and July 10, 2012, shall be excluded from calculations under the Speedy Trial Act. This delay has resulted from Mr. Martinov's filing of a pretrial motion. *See* 18 U.S.C. § 3161(h)(1)(D). Additionally, the interests of justice in allowing for continuity of defense counsel outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

Dated: May _24, 2012

                                                                           HON. SAUNDRA B. ARMSTRONG
                                                                           United States District Court Judge