David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
Benjamin D. Spohn (SBN 266746)
Email: bspohn@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Third-Party
SUNTRUST MORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>ARTEM MARTINOV,<br><br>Defendant. | Case No.: CR 11-312-1 SBA<br><br>**STIPULATED CONFIDENTIALITY AGREEMENT AND [~~PROPOSED~~] PROTECTIVE ORDER** |

Third-party SunTrust Mortgage, Inc. ("SunTrust") and defendant Artem Martinov ("Martinov"), by and through their respective attorneys of record, stipulate and agree to the imposition of this Stipulated Confidentiality Agreement and Protective Order to limit the disclosure and use of confidential documents and information to be provided by SunTrust pursuant to the subpoena served on or about July 27, 2012, as follows:

1. The terms and conditions of this Stipulated Protective Order shall govern Martinov and SunTrust. (each a "party" to this agreement and order).

2. The term "Confidential Information," as used in this Protective Order, shall mean: (a) information not in the public domain that reflects confidential financial or commercial

information, or information otherwise entitled to protection under applicable law, (b) matters that constitute or contain trade secrets pursuant to applicable law, and (c) non-public personal information or other information protected by state or federal financial privacy laws, including information that identifies the personal or financial information for a given person, including name, address, account number, telephone number, place or position of work, or other identifying information.

3. Counsel for SunTrust represents that certain documents that SunTrust intends to produce pursuant to the subpoena served on or about July 27, 2012, may contain Confidential Information.

4. SunTrust may designate as "Confidential" any such information, document or material that it reasonably and in good faith believes constitutes or contains Confidential Information under the terms of this Protective Order. The designation "Confidential" shall be made by affixing on the document or material containing such information, and upon each page so designated if practicable, a legend that in substance states: **"CONFIDENTIAL."**

5. Documents and information designated as "Confidential" shall be maintained in confidence by the parties, shall be used by the parties solely for purposes of this criminal case.

6. Subject to the Federal Rules of Criminal Procedure and evidentiary rules, Confidential Information may be offered for any lawful purpose in this or any related criminal proceeding, including but not limited to use as evidence at trial, exhibits to court filings, exhibits used in depositions, for review by testifying experts, non-testifying experts and litigation consultants retained by the parties or use at any hearing before the Court in this or any other related criminal matter.

7. Notwithstanding the provisions in paragraph 6, if Martinov submits Confidential Information as an exhibit or attachment to a filing which will be made available by the Clerk of the

Court to the public, counsel for Martinov will notify counsel for SunTrust five days in advance of submitting such document.

8. Counsel for the parties will make all responsible efforts to safeguard all Confidential Information and shall promptly notify the other parties, as well as SunTrust, of any known unauthorized disclosure or access to Confidential Information.

IT IS SO STIPULATED.

DATED: September 17, 2012        REED SMITH LLP

By _____
   Benjamin D. Spohn (SBN 266746)
   Attorneys for Third-Party
   SUNTRUST MORTGAGE, INC.


DATED: September 17, 2012        Nolan, Armstrong & Barton, LLP

By _____
   Thomas J. Nolan
   Attorney for defendant Artem Martinov

# ORDER

IT IS SO ORDERED this 18th day of September 2012.

*Kandis Westmore*
Honorable Magistrate Judge Kandis Westmore