MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL SPENCER MACKINNON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 11-0312 SBA <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING FOR DEFENDANT MACKINNON** |

Defendant Paul Spencer Mackinnon pled guilty pursuant to a cooperation plea agreement on before this Court on June 12, 2012. He is currently scheduled to be sentenced on November 13, 2012. The defendant has not ended his cooperation with the government, and moving forward with sentencing would not be appropriate at this time. The only co-defendant who has not pled guilty, Artem Martinov, has a status hearing before the duty magistrate on December 11, 2012. The probation officer has been consulted about this stipulation and she does not object. Accordingly, the undersigned parties now stipulate and ask the Court to find and hold as follows:

ORDER CONTINUING SENTENCING FOR DEF. MACKINNON
CR 11-0312 SBA

//

1. The sentencing hearing set for November 13, 2012 is rescheduled to January 29, 2013 at 10:00 a.m for a sentencing/status hearing.

IT IS SO STIPULATED.

DATED: October 4, 2012

/s/
JOHN RUNFOLA
Counsel for Paul Spencer Mackinnon

DATED: October 4, 2012

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _10/4/12_

SAUNDRA BROWN ARMSTRONG
United States Senior District Judge

ORDER CONTINUING SENTENCING FOR DEF. MACKINNON
CR 11-0312 SBA                               -2-