Thomas J. Nolan, SBN 48413
Daniel Olmos, SBN 235319
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Attorneys for Defendant Artem Martinov

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>  vs.<br><br>ARTEM MARTINOV,<br><br>             Defendant. | Case No.: CR 11-312-1 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV** |

IT IS HEREBY STIPULATED AND AGREED between the government, through Assistant United States Attorney Brian Lewis, and Defendant Artem Martinov, through undersigned counsel, that the status conference presently set for June 4, 2013, be continued to July 16, 2013, at 9:30 a.m. The reason for the stipulated request for continuance is that the parties have agreed to a meet-and-confer date to discuss possible resolution of the case, but the meeting will not take place until after the June 4 status conference.

The parties most recently appeared for a status conference on April 23, 2013. On that date, the parties represented to the Court that there had been sufficient government and third-party discovery to warrant substantive settlement discussions, and they informed the court of their

intention to meet and confer. However, the parties' schedules and the need for effective defense preparation in anticipation of the meeting prevented its scheduling until June 17, 2013. For that reason, the parties request that the status conference be continued so the parties can engage in meaningful settlement discussions and any follow-up discussions that may be necessary prior to the next court date.

The parties agree that the time between June 4, 2013, and July 16, 2013, should be excluded from calculations under the Speedy Trial Act, which Act excludes delay when the interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

//

//

//

IT IS SO STIPULATED:

Dated: May 29, 2013                     NOLAN, ARMSTRONG & BARTON LLP


                                        */s/*
                                        THOMAS J. NOLAN
                                        Attorney for Defendant Artem Martinov


Dated: May 29, 2013


                                        */s/*
                                        BRIAN LEWIS
                                        Assistant United States Attorney

## **ATTESTATION PER CIV. L.R. 5-1(i)(3)**

I, Jenny Brandt, have permission from ECF User Thomas J. Nolan to use the ID and password being used to file this Stipulation. In compliance Civ. L.R. 5-1(i)(3), I hereby attest that Brian Lewis has concurred with this filing.

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTEM MARTINOV,<br><br>    Defendant. | Case No.: CR 11-312-1 SBA<br><br>**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for June 4, 2013, at 9:30 a.m. is hereby rescheduled for July 16, 2013, at 9:30 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between June 4, 2013, and July 16, 2013, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

Dated: May 31, 2013

                _____
                HON. DONNA M. RYU
                United States Magistrate Judge

[GRANTED — signed Judge Donna M. Ryu]